

U.S. Department of Justice

United States Attorney
Eastern District of New York

JRS
F. #2020R00554

271 Cadman Plaza East
Brooklyn, New York 11201

September 8, 2020

By E-mail

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   In re Search Warrants
                Docket Nos. 20-MC-1919; 20-MC-1951; 20-MJ-685; 20-MJ-693; 20-MJ-735

Dear Judge Levy:

      The government respectfully moves for an order unsealing the warrants and supporting affidavits in the above-captioned matters for the limited purpose of producing such materials to the defendants in discovery in United States v. Brown and Williams, No. 20-CR-293 (WFK).  The search warrants and supporting affidavits in the above-captioned matter were previously ordered sealed to avoid disclosure of the extent of the government's investigation.  While the full extent of the investigation is still not publicly known, the targets of the investigation have been indicted and arrested (see United States v. Brown and Williams, No. 20-CR-293 (WFK)), and the government seeks to produce the above-listed search warrants and supporting affidavits to the defendants in discovery.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:      /s/
      Jonathan Siegel
      Assistant U.S. Attorney
      (718) 254-6293

Enclosure

JRS
F.# 2020R00554

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

IN RE SEARCH WARRANTS

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

Nos.  20-MC-1919
   20-MC-1951
   20-MJ-685
   20-MJ-693
   20-MJ-735

   Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel, for an order unsealing the warrants and supporting affidavits in the above-captioned matters for the limited purpose of producing such materials to the defendants in discovery in United States v. Brown and Williams, No. 20-CR-293 (WFK).

   WHEREAS, the search warrants and supporting affidavits in the above-captioned matters were previously ordered sealed to avoid disclosure of the extent of the government's investigation;

   WHEREAS, the targets of the investigation have been indicted and arrested, see United States v. Brown and Williams, No. 20-CR-293 (WFK);

   WHEREAS, the government seeks to produce the above-listed search warrants and supporting affidavits to the defendants in discovery;

IT IS HEREBY ORDERED that the warrants and supporting affidavits in the above-captioned matters for the limited purpose of producing such materials to the defendants in discovery in <u>United States v. Brown and Williams</u>, No. 20-CR-293 (WFK).

Dated:   Brooklyn, New York
            September  8  , 2020

                                                            _____
                                                            HONORABLE ROBERT M. LEVY
                                                            UNITED STATES MAGISTRATE JUDGE
                                                            EASTERN DISTRICT OF NEW YORK